FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 21  P 4: 05

LORETTA G. WHYTE
CLERK

49854/JBP/bhm                                                                                    0220-5782

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL TROY TURBERVILLE | CIVIL ACTION |
| VERSUS | NUMBER: 00-0330 |
| GILBERT CHERAMIE BOATS, INC. | SECTION: "F" (4) |

### JOINT MOTION AND ORDER OF DISMISSAL

**NOW INTO COURT,** through undersigned counsel, come plaintiff and defendant, who respectfully suggest to this Honorable Court that they desire to dismiss all of the matters which are the subject of any and all claims and Complaints, and any amendments thereto which comprise this action, and that the same should be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted:

_____
C. ARLEN BRAUD, II (#20719)
MICHELLE O. GALLAGHER (#23886)
C. ARLEN BRAUD & ASSOCIATES
607 E. Boston Street
Covington, LA 70433
Telephone: (504) 867-1102

DATE OF ENTRY  MAR 2 9 2000

Fee $150.00
___ Process
X  Dktd
___ CtRmDep
   Doc.No. 2

Attorneys for Samuel Turberville

_____
JOHN B. PEULER, T.A. (#10491)
McALPINE, PEULER & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Gilbert Cheramie Boats, Inc.

49854/JBP/bhm                                              0220-5782

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL TROY TURBERVILLE | CIVIL ACTION |
| VERSUS | NUMBER: 00-0330 |
| GILBERT CHERAMIE BOATS, INC. | SECTION: "F" (4) |

### ORDER

In consideration of the joint motion of the parties hereto;

**IT IS HEREBY ORDERED** that any and all claims and Complaints, and any amendments thereto, which comprise this action be, and the same are hereby dismissed with prejudice as of compromise, each party to bear its own costs.

New Orleans, Louisiana, 27th day of MARCH, 2000.

_____
UNITED STATES DISTRICT JUDGE